IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF EDUCATION; and THE STATE OF CALIFORNIA,**<br><br>Defendants. | Case No. 1:17-CV-01507-LJO-BAM<br><br>**ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADINGS AND CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>Date: May 17, 2018<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) |

The Court, having read and considered the parties' joint stipulation to extend the time to file responsive pleadings and request to continue the Mandatory Scheduling Conference, and finding good cause, does hereby ORDER that the defendants' California Department of Education and State of California deadline to file their responses to plaintiffs' complaint is extended from January 4, 2018 to February 1, 2018.

The Court further ORDERS that the Mandatory Scheduling Conference currently scheduled for February 8, 2018, at 9:30 a.m. in Courtroom 8 in the above entitled court is

1

continued to May 17, 2018, at 9:00 a.m.  All orders, not otherwise modified herein, remain in full force and effect.

IT IS SO ORDERED.

Dated:  **January 4, 2018**          /s/ *Barbara A. McAuliffe*          
                                                   UNITED STATES MAGISTRATE JUDGE