# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, THE STATE OF CALIFORNIA, GOVERNOR EDMUND GERALD BROWN, JR., in his official capacity, and THOMAS TORLAKSON, in his official capacity,<br><br>Defendants. | Case No. 1:17-cv-01507-LJO-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE |

Having read and considered the parties' joint stipulation to extend the time to file responsive pleadings and request to continue the Mandatory Scheduling Conference, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' California Department of Education and State of California deadline to file their responses to plaintiffs' First Amended Complaint is extended from March 8, 2018 to April 5, 2018;

2. Defendants' Governor Edmund Gerald Brown, Jr., and Thomas Torlakson deadline to file their responses to plaintiffs' First Amended Complaint is extended from March 29, 2018, to April 5, 2018;

3. The Mandatory Scheduling Conference currently scheduled for 5/17/2018 is **CONTINUED** to **June 28, 2018 at 9:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov;

4. The parties may appear at the scheduling conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **March 6, 2018**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE