AMY BISSON HOLLOWAY, State Bar. No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
KATE STARN LEGRAND, State Bar No. 236302
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-319-0155
klegrand@cde.ca.gov
Attorneys for California Department of Education and State Superintendent of Public Instruction Thomas Torlakson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, THE STATE OF CALIFORNIA, GOVERNOR EDMUND GERALD BROWN, JR., in his official capacity, and THOMAS TORLAKSON, in his official capacity,<br><br>Defendants. | Case No. 1:17-CV-01507-LJO-BAM<br><br>ORDER<br><br>Hearing: May 17, 2018<br>Time: 8:30 a.m.<br>Courtroom: 4, Seventh Floor<br>Judge: Hon. Lawrence J. O'Neill |

On March 23, 2018, Plaintiffs, S.B., et al., and the following Defendants—the California Department of Education (CDE) and Thomas Torlakson, in his official capacity as State Superintendent of Public Instruction (Defendant Torlakson)—filed a stipulation to extend the page limit to address Plaintiffs' First Amended Complaint (FAC). After reviewing the stipulation and considering the arguments made therein, the Court finds good cause to enlarge the length of the memoranda for Defendants CDE and Torlakson and Plaintiffs. Accordingly, Defendants CDE and Torlakson may file

///

a 35-page memorandum in support of their motion to dismiss, Plaintiffs may file a 35-page opposition thereto, and Defendants CDE and Torlakson may file a 20-page reply.

    IT IS SO ORDERED. All orders, not otherwise modified herein, remain in full force and effect. IT IS SO ORDERED.

Dated:   **March 26, 2018**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE