AMY BISSON HOLLOWAY, State Bar. No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
KATE STARN LEGRAND, State Bar No. 236302
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile:  916-319-0155
klegrand@cde.ca.gov
Attorneys for California Department of Education and State Superintendent of Public Instruction Thomas Torlakson

*(Defendant is a Governmental Agency and Exempt from the Provisions of FRCP 7.1)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and THE STATE OF CALIFORNIA, GOVERNOR EDMUND GERALD BROWN, JR., in his official capacity, and THOMAS TORLAKSON, in his official capacity,<br><br>    Defendants. | Case No. 1:17-CV-01507-LJO-BAM<br><br>CALIFORNIA DEPARTMENT OF EDUCATION'S AND THOMAS TORLAKSON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Fed. R. Evid. 201<br><br>Hearing Date: May 17, 2018<br>Time:         8:30 a.m.<br>Courtroom:    4<br>Judge:        Hon. Lawrence J. O'Neill |

Pursuant to Federal Rule of Evidence 201, Defendants California Department of Education (CDE) and State Superintendent of Public Instruction Thomas Torlakson hereby request that this Court take judicial notice of the documents listed below in support of their motion to dismiss.  On a motion to dismiss, a court may consider facts which may be judicially noticed, including records of administrative agencies.  *Mack v. South Bay Beer Distributors, Inc.,* 798 F.2d 1279, 1282 (9th Cir. 1986).  (The referenced exhibits are records of the California Office of Administrative Hearings.)

///

1. **Exhibit 1** to this Request is a true and correct copy of an "Amended Due Process Complaint," dated July 19, 2017, in the Office of Administrative Hearings (OAH) Case No. 2017070678, *Parents on Behalf of Student v. Fresno County Department of Child Support Services, et al.*, that was received by the CDE from counsel for Plaintiffs in that matter and is part of the OAH file.  Identifying information about the student and family that appeared in the complaint have been redacted by the CDE to protect confidentiality.

2. **Exhibit 2** to this Request is a true and correct copy of an "Order Granting California Department of Education's Motion to Dismiss," dated August 11, 2017, in OAH Case No. 2017070678, that was received by the CDE from OAH.

3. **Exhibit 3** to this Request is a true and correct copy of the "Order Granting the State of California's Motion to Dismiss," dated August 17, 2017, in OAH Case No. 2017070678, that was received by the CDE from OAH.

4. **Exhibit 4** to this Request is a true and correct copy of the Notice of Case Dismissal issued by the OAH, dated December 15, 2017, in OAH Case No. 2017070678, that was received by the CDE from the OAH, which states that the basis for the request to withdraw/dismiss the case was "Settlement of the case through Mediation" and "For Good Cause Shown, the case is DISMISSED."

5. **Exhibit 5** to this Request is a true and correct copy of the "Order Granting California Department of Education's Motion to Dismiss" dated September 21, 2015, in OAH Case No. 201508011.

///
///
///
///
///
///
///
///
///

6. **Exhibit 6** to this Request is a true and correct copy of the "Order Granting California Department of Social Services' Motion to Dismiss" dated September 23, 2015, in OAH Case No. 201508011.

Dated: April 5, 2018    Respectfully submitted,

AMY BISSON HOLLOWAY  
General Counsel  
EDMUNDO R. AGUILAR  
Assistant General Counsel  
TODD M. SMITH  
Assistant General Counsel

/s/ Kate Starn Legrand  
KATE STARN LEGRAND  
Deputy General Counsel  
Attorneys for California Department  
of Education and Tom Torlakson, State  
Superintendent of Public Instruction