UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, THE STATE OF CALIFORNIA, GOVERNOR EDMUND GERALD BROWN, JR., in his official capacity, and THOMAS TORLAKSON, in his official capacity,<br><br>Defendants. | Case No. 1:17-CV-01507-LJO-BAM<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING ON MOTIONS TO DISMISS FAC AND MANDATORY SCHEDULING CONFERENCE |

Pursuant to the stipulation filed by the Parties, the hearing scheduled for May 17, 2018 on Defendants' Motions to Dismiss the First Amended Complaint (FAC) is vacated and continued to Thursday, June 28, 2018, at 8:30 a.m. Plaintiffs' Opposition briefs are due by June 5, 2018, and Defendants' reply briefs are due by June 21, 2018. The Mandatory Scheduling Conference is continued to August 16, 2018 at 9:00 a.m. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **April 20, 2018**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE