1  F. Richard Ruderman (SB No. 142226)
   rick@rudermanknox.com
2  Christian M. Knox (SB No. 171780)
   christian@rudermanknox.com
3  Colleen A. Snyder (SB No. 274064)
   colleen@rudermanknox.com
4  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
5  Sacramento, CA 95834
   Telephone: (916) 563-0100
6  Facsimile: (916) 563-0114

7  Attorneys for Plaintiff

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12 | S.B.,  a minor, by and through her guardians ad | CASE NO.: 1:17-CV-01507-LJO-BAM |
   litem KRISTINA B. and MICHAEL B., and

13 KRISTINA B. and MICHAEL B.,                     **REQUEST FOR JUDICIAL NOTICE IN**
   Individually,                                   **SUPPORT OF PLAINTIFFS'**
14                                                 **OPPOSITION TO STATE OF**
                                                   **CALIFORNIA AND GOVERNOR**
15          Plaintiffs,                            **EDMUND G. BROWN, JR.'S MOTION TO**
                                                   **DISMISS FIRST AMENDED**
16 vs.                                             **COMPLAINT**

17 CALIFORNIA DEPARTMENT OF
   EDUCATION and THE STATE OF
18 CALIFORNIA, GOVERNOR EDMUND              Date:  June 28, 2018
   GERALD BROWN, JR., in his official       Time: 8:30 a.m.
19 capacity, and THOMAS TORLAKSON, in his   Courtroom: 4, 7th Floor
   official capacity,                       Judge: Hon. Lawrence O'Neill
20
          Defendants.
21

22        Plaintiffs, S.B., a minor, by and through her guardians ad litem KRISTINA B. and

23 MICHAEL B., and KRISTINA B. and MICHAEL B., Individually, hereby request that this

24 Court take judicial notice pursuant to Federal Rule of Evidence 201, of the following documents

25 from the administrative proceeding in this matter:

26    1.  Attached to this Request as "Exhibit 1" is a true and correct copy of the Order Granting

27        State of California's Motion to Dismiss dated August 16, 2017, OAH Case No.

28        2017070678.

1    2.  Attached to this Request as "Exhibit 2" is a true and correct copy of State of California's

2         Motion to Dismiss First Amended Due Process Complaint dated August 4, 2017, OAH

3         Case No. 2017070678 at 2:10

4    Courts may take judicial notice of documents filed and orders or decisions entered in other

5    court proceedings.  See *ReadyLink Healthcare, Inc. v. State Compensation Ins. Fund*, 754 F.3d

6    754, 756, n. 1 (9th Cir. 2014).

7

8                                                 Respectfully submitted,

9                                                 RUDERMAN & KNOX, LLP

10

11   Dated:   June 5, 2018                         /S/ COLLEEN A. SNYDER
                                                  F. Richard Ruderman
12                                                Colleen A. Snyder
                                                  Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28