# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, THE STATE OF CALIFORNIA, GOVERNOR EDMUND GERALD BROWN, JR., in his official capacity, and THOMAS TORLAKSON, in his official capacity,<br><br>Defendants. | Case No. 1:17-cv-01507-LJO-BAM<br><br>ORDER REGARDING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. No. 42) |

Having read and considered the parties' joint stipulation to continue the Mandatory Scheduling Conference filed on July 20, 2018, and for good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently scheduled for 8/16/2018 is **CONTINUED** to **September 27, 2018 at 9:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties may

appear at the scheduling conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **July 23, 2018**    /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE