XAVIER BECERRA, State Bar No. 118517
Attorney General of California
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General
JULIA R. JACKSON, State Bar No. 255506
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7899
 Fax: (916) 324-5567
 E-mail: Julia.Jackson@doj.ca.gov
*Attorneys for Defendant, State Superintendent of
Public Instruction Tony Thurmond*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B., Individually,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF EDUCATION, et al.**<br><br>Defendants. | 1:17-CV-01507-LJO-BAM<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>[Local Rule 182(g)] |

Defendant Tony Thurmond, in his official capacity as the State Superintendent of Public Instruction, hereby substitutes Julia R. Jackson, Deputy Attorney General and the Office of the Attorney General of the State of California, as lead counsel along with Kate Starn Legrand, Deputy General Counsel of the California Department of Education, as counsel for defendant in this proceeding.

All notices and service of documents on behalf of defendant California Department of Education should be addressed as follows:

///

1

| | |
|---|---|
| Julia R. Jackson<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7899<br>E-mail: Julia.Jackson@doj.ca.gov | |

I agree to the above substitution.

Dated: March 5, 2019

KEITH YAMANAKA
General Counsel
EDMUNDO R. AGUILAR
Assistant General Counsel

*s/ Kate Starn Legrand*
KATE STARN LEGRAND
Deputy General Counsel
California Department of Education

I accept the above substitution.

Dated: March 5, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

*s/ Julia R. Jackson*
JULIA R. JACKSON
Deputy Attorney General
*Attorneys for Defendant, State Superintendent of Public Instruction Tony Thurmond*

**ORDER**

Julia R. Jackson, Deputy Attorney General and the Office of the Attorney General of the State of California, is HEREBY SUBSTITUTED as lead counsel along with Kate Starn Legrand, Deputy General Counsel of the California Department of Education, as counsel for defendant in this proceeding.

IT IS SO ORDERED.

Dated: **March 7, 2019**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE