# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through her guardians ad litem KRISTINA B. and MICHAEL B., and KRISTINA B. and MICHAEL B. individually,<br><br>Plaintiffs,<br><br>v.<br><br>TONY THURMOND, in his official capacity,<br><br>Defendant. | Case No. 1:17-cv-01507-LJO-BAM<br><br>ORDER TO RECAPTION CASE |

On August 27, 2018, the Court issued an order granting defendants' motions to dismiss all claims against the California Department of Education, the State of California, and Governor Edmund Gerald Brown, Jr. in his official capacity. (Doc. No. 44.) On March 5, 2019, Defendant Tony Thurmond, the current State Superintendent of Public Instruction of California, filed a Notice of Substitution of Defendant substituting himself in the place of former California Superintendent of Public Instruction Tom Torlakson pursuant to Federal Rule of Civil Procedure 25(d). (Doc. No. 56.) Therefore, the caption should reflect that this action proceeds only against Defendant Tony Thurmond in his official capacity and no longer proceeds against any other defendant. The caption for this case shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated: **May 9, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1